UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-02216-JAM-CSK |
| | No. 2:24-cv-02219-JAM-CSK |
| | No. 2:24-cv-02324-JAM-CSK |
| | No. 2:24-cv-02325-JAM-CSK |
| | No. 2:24-cv-02327-JAM-CSK |
| | No. 2:24-cv-02330-JAM-CSK |
| | No. 2:24-cv-02336-JAM-CSK |
| | No. 2:24-cv-02337-JAM-CSK |
| | No. 2:24-cv-02339-JAM-CSK |
| | No. 2:24-cv-02341-JAM-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious

1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any
2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
5  the Court to open a new case for each attempted new pleading and assign it to the Court for
6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
9  finds they are related to Plaintiff's Alameda County criminal conviction.

10      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02216, 2:24-cv-02219, 2:24-cv-
11  02324, 2:24-cv-02325, 2:24-cv-02327, 2:24-cv-02330, 2:24-cv-02336, 2:24-cv-02337, 2:24-cv-
12  2339 and 2:24-cv-02341 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to close these
13  cases.  **No further filings will be accepted**.

14
15  Dated: September 06, 2024       /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
16                                            SENIOR UNITED STATES DISTRICT JUDGE